AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Leander Antwione Williams<br><br>*Defendant* | Case: 1:24-mj-00356<br>Assigned To : Judge Moxila A. Upadhyaya<br>Assign. Date : 11/07/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Leander Antwione Williams__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers),
18 U.S.C. § 231(a)(3) (Civil Disorder),
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(F)(Act of Physical Violence in the Capitol Grounds or Buildings)

Date: 11/07/2024

*Issuing officer's signature*

City and state: Washington, D.C.       Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Leander Antwione Williams

Known aliases:

Last known residence: 105 Saddle St. S, Savannah, GA 31407

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 5/26/1993

Social Security number:

Height:                                         Weight:

Sex: Male                                       Race:

Hair:                                           Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency: FBI

Investigative agency address: FBI Atlanta ( Brad Fisk ((912) 603-8171))

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: