UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:24mj74 | **DATE:** November 14, 2020 |
| **UNITED STATES OF AMERICA** | **TIME:** 2:44-3:05 |
| v. | **LOCATION:** SAVANNAH |
| **LEANDER WILLIAMS** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** James Burrell |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter/Law Clerk:** |
| **Probation Officer:** Heather Holland | **Security:** CSO Bryan/USMS Mike |
| **Attorney(s) for Government:** Makeia Jonese | |
| **Attorney(s) for Defendant:** JD Maines | |

**PROCEEDINGS:**  INITIAL APPEARANCE - RULE 5

   **CHARGING DISTRICT:** DISTRICT OF Columbia

   **CASE NUMBER:** 24-MJ-356

- [✓] Defendant advised of charges and penalties
- [✓] Defendant qualifies for court appointed counsel
- [✓] Defendant waives preliminary hearing
- [✓] Defendant waives identity hearing
- [ ] Preliminary hearing set for:
- [ ] Government moves for detention:
  - [ ] Defendant waives detention hearing in the Southern District of Georgia
  - [ ] Defendant requests 5 days to prepare for detention hearing
  - [ ] Government requests 3 days to prepare for detention hearing
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held.
- [✓] Defendant released on an Appearance Bond
  - [✓] Defendant is ordered to appear at the charging district on: 11/21/2024 at 12:30pm EST
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant remanded to the custody of the US Marshal for transport back to: _____.

**ADDITIONAL COMMENTS:**